C. E. DENNY ET AL. *v.* CLOTILDA McATEE'S ADMR.

[Abstract Kentucky Law Reporter, Vol. 3—36.]

**Debt for Purchase-Money.**

Where money is shown to have been borrowed to pay for the land sought to be subjected, and it was agreed that the lender should have a lien upon the land for its repayment, as between the parties the lender has such a lien as to deprive the borrower of his right to claim a homestead as against the debt.

APPEAL FROM DAVIESS CIRCUIT COURT.

June 4, 1881.

OPINION BY JUDGE HINES:

There is no evidence that appellee's decedent agreed to pay board, and it was, therefore, proper not to allow the set-off for that claim.

The evidence is conclusive that the money was borrowed to pay for the land sought to be subjected, that it was so applied, and that it was at the time agreed that appellee's decedent should have a lien upon the land for its repayment. This was sufficient, as between the parties, to give a lien and to deprive appellant of his right to claim a homestead as against this demand. This demand is, under the spirit of the homestead law, purchase-money. The description of the land in the petition and decree is sufficient.

Judgment *affirmed.*

*Owen & Ellis, for appellants.*

*Little & Slack, for appellee.*